# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DANNY RAY WILLIAMS,                                               PLAINTIFF
#31377-009

v.                      4:18CV00065-SWW-JTK

PULASKI COUNTY DETENTION FACILITY                  DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that Defendant Pulaski County Detention Facility be DISMISSED with prejudice.

IT IS SO ORDERED this 4th day of May, 2018.

                                                     /s/Susan Webber Wright
                                                     UNITED STATES DISTRICT JUDGE