# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DANNY RAY WILLIAMS                                                                           PLAINTIFF

v.                                    4:18CV00065-SWW-JTK

PULASKI COUNTY DETENTION FACILITY, et al.                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 31) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 10th day of April, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE