IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANNY RAY WILLIAMS                                               PLAINTIFF

v.                       4:18CV00065-SWW-JTK

PULASKI COUNTY DETENTION FACILITY, et al.            DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of April, 2019.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE